FIRST-CLASS

AGE PITNEY BOWES

ZIP 43215 $ 004.32⁰
02 7W
0008030245 AUG 12 2026

**MARYELLEN O'SHAUGHNESSY**
Clerk of the Court of Common Pleas
General Division
Civil/Criminal
345 South High Street, Fl. 1B
Columbus, Ohio 43215-4576

RETURN SERVICE REQUESTED

United States District Court
85 Marconi Blvd
Columbus, Ohio 43215